**PROPOSED ORDER/COVER SHEET**

**TO:** **Honorable Virginia K. DeMarchi**
**U.S. Magistrate Judge**

**RE:** **Juan Calixtro-Paez**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **5:24-cr-00132-BLF-1**

**Date:** **August 7, 2026**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Shafia Khanoon | 408 535 5231 |
|---|---|
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________________ on ____________________ at ____________________.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge ____________________ Presiding District Court Judge ____________________

[X] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[X] Modification(s): Pretrial Services respectfully recommends the following conditions be added to the defendant's bond:

***1. Defendant must not us alcohol at all and must not use or possess any narcotic or other controlled substance without a legal prescription;***

***2. Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services; and***

***3. Defendant must participate in substance abuse treatment, on an outpatient or residential basis, as directed by Pretrial Services.***

Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel

Virginia K. DeMarchi
**JUDICIAL OFFICER**

August 7, 2026
**DATE**